Teresa M. Shill, OSB # 031680
E-Mail: tshill@rcolegal.com
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
Phone: (503) 977-7926
Fax: (503) 977-7963
Attorney for Defendant Fannie Mae

FILED '11 MAR 01 16:31 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| HAROLD ALLEN CHASE,<br><br>Plaintiff<br><br>v.<br><br>KEY BANK OF OREGON; KEYBANK NATIONAL ASSOCIATION, HENRY L. MEYER, III CEO, individually and Chairiman of Keycorp, or his successor; FANNIE MAE, investor, CAL-WESTERN RECOVERY CORPORATION, INC.; EMERALD LIFESTYLE HOMES; ET AL.,<br><br>Defendants. | No. 11-cv-06001-HO<br><br>**STIPULATED JUDGMENT DISMISSING DEFENDANT FANNIE MAE WITH PREJUDICE AND WITHOUT AN AWARD OF ATTORNEY FEES AND COSTS AGAINST IT** |

1.

Defendant, Fannie Mae, by and through its attorneys of record Routh Crabtree Olsen,

P.C. and Teresa M. Shill, and plaintiff, Harold Allen Chase, *pro se* on his own behalf

("Plaintiff"), hereby stipulate and agree to this Stipulated Judgment for the limited purpose of

dismissing defendant Fannie Mae from this action with prejudice and without an award of attorney fees and costs against it as follows:

## STIPULATION:

2.

Fannie Mae has, nor claims any interest in Plaintiff's real property subject to this action and described by Plaintiff as being located at 37840 M J Chase Road, Springfield, Oregon 97478 (the "Property").

3.

Fannie Mae has, nor claims any interest in the KeyBank National Association mortgage loan complained of by Plaintiff, the Deed of Trust granted by Plaintiff, dated April 27, 2007, and encumbering the Property.

4.

Fannie Mae and Plaintiff stipulate and agree that Plaintiff named Fannie Mae a defendant herein, in error.

5.

Fannie Mae and Plaintiff hereby stipulate and agree that based upon the stipulations contained in ¶¶ 2-4 above, Fannie Mae should forthwith be dismissed from this action with prejudice, and without an award of attorney fees or costs being awarded against it.

6.

The Court having reviewed the records, files, and the stipulations of the parties herein, being fully advised in the premise, and finding good cause exists so that this Stipulated Judgment

//

of Dismissal of defendant Fannie Mae may be entered in resolution of all matters raised in Plaintiff's Complaint against it, it is hereby

ORDERED that judgment on Plaintiff's Complaint be entered as followed:

7.

That defendant Fannie Mae shall be, and is hereby dismissed from this action, with prejudice and without an award of attorney's fees or costs awarded against it.

DATED this __1st__ day of __March__, 2011.

_____
U.S. District Court Judge

So Stipulated To by:

**ROUTH CRABTREE OLSEN, P.C.**

By _____
Teresa M. Shill, OSB # 031680
Attorneys for Defendant, Fannie Mae
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
(503) 977-7926; Fax (503) 977-7963
tshill@rcolegal.com

and

**HAROLD ALLEN CHASE**

By _____
Harold Allen Chase, Plaintiff
37840 M J Chase Road
Springfield, Oregon 97478
(541)741-6994
Halpath1@q.com